23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )　**CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| *Appellee-Defendant.* | )　**ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

POVERTY, SUICIDE RISK, & URGENCY AFFIDAVIT

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
712 H ST NE, PMB 92403
Washington, D.C. 20002

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this AFFIDAVIT regarding my intense poverty, the stresses of it, its increased risk of my suicide, and why granting my relief has been and continues to be critical and urgent, and so *depose*:

1. As recognized in the *IFP* grant, I live in poverty on SSDI at less than 50% of the [federal poverty line](#) for my household size of 6.

2. My requested relief (Dkts. [56](#), [56-2](#)) was for money to pay for my HHA (Leslie C. Tabbada) in large part.

3. My SSDI in the absence of any court relief is used to pay for myself, her, and her 4 children, 2 of whom are disabled.

4. This is the "PWD" Card of her eldest child, who lives with us:

5. 

6. He has autism, an IQ of 50, and the government determined he cannot work.

7. Her other 3 kids are in grade school.

8. I run out of money at the end of each and every month.

9. We are today, November 3, subsisting on oatmeal and coffee with no money.

2

10. The autistic child I support has been screaming and crying because he does not have the food he likes to eat. His distress becomes mine. It is a very difficult and stressful situation that the government imposes with its denials.

11. I should not be living on SSDI at $1,386 per month with over $100 million in claims for 3 generations of injury to my family. http://cljaclaims.andrewstraw.com

12. There are 117,000 other claims amounting to $3.3 trillion, an average of $28 million per claim. I am not alone here in having that level of damage and claiming relief, full and complete.

13. My financial situation has been awful because of this. I filed bankruptcy in D.C. in 2020, which was discharged in 2021. I have no credit cards because no one will grant me any with that bankruptcy and my FICO score below 600.

14. If the trial judge had simply ordered my health payments I requested in Dkt. 9 (supporting documents at Dkt. 9-1) on **April 5, 2023**, and fully briefed as of Dkt. 19 on **May 8, 2023**, I would not be in this position.

15. Instead of timely justice, my urgent and necessary relief was blown away in a general order on September 26, 2023, in the consolidated case. The correctness of my motion and relief were not considered at all, but just wiped from the lawsuit map without reasons. Yet another example of Camp LeJeune justice delayed being justice denied.

16. When there is *any* kind of disruption at all to my SSDI payment, I become bereft, absolutely without any money to pay for my needs when that tiny

benefit run out. I have no money to pay for my medicine, which runs out on Monday. This is outrageous and cannot continue.

17. For instance, I should have been paid my SSDI today, 11/3/2023, and SSA did pay it to our joint PNB bank account, but PNB is holding the remittance until next week because it was paid on a Friday.

18. This creates incredible pressure on me as my medicine runs out, the food runs out, and with the autistic kid freaking out and with no money to run this poverty-level household.

19. Please grant my request on an **urgent** basis, make it backdated so my money problems that **the government caused** stop.

20. It is a careful balancing act I am engaged in, a dangerous one with my 6 Camp LeJeune mental illnesses, several of which (bipolar especially) have an extremely high suicide risk:

> "Accordingly, the **rate of suicide** among BD patients is approximately **10–30 times higher** than the corresponding rate in the general population. Extant research found that up to **20% of (mostly untreated) BD subjects end their life by suicide**, and **20–60% of them attempt suicide** at least one in their lifetime."
>
> https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6723289/

21. I should not be under these pressures and the government knows it. So does the trial judge who cares not one jot what happens to me.

22. This may be a game to them, causing this pressure, this stress, but it is deadly serious to me.

23. Financial hardship is a major risk factor for suicide, says Health.com:

4

24. "Research has shown that people who experience stress from financial issues are **20 times more likely to attempt suicide** than those who do not experience this type of stress."

https://www.health.com/money/financial-stress-suicide-risk

25. Further, Affiant-Appellant sayeth not.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Signed this 3rd day of November, 2023

*[signature]*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:   (847) 807-5237
E-mail:       andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing:

POVERTY, SUICIDE RISK, & URGENCY AFFIDAVIT

with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

Dated this 3rd day of November, 2023

*[signature]*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:   (847) 807-5237
E-mail:       andrew@andrewstraw.com