# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 3, 2023

_____

DOCKET CORRECTION NOTICE

_____

No. 23-2156,    <u>Andrew Straw v. US</u>
                7:23-cv-00162-BO-BM

TO:    Andrew U. D. Straw

CERTIFICATE/SERVICE LIST DUE:  November 13, 2023

Please file the certificate/service information identified below by the due date indicated.

[ X ] There was no certificate of nonelectric service under FRAP 25(d). Use the **certificate/service list** entry to file the required certificate.

Rickie Edwards, Deputy Clerk
804-916-2702