23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
|     *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )   **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
|     *Appellee-Defendant.* | )   **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

**CERTIFICATE REGARDING SERVICE & RULE 25**

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
712 H ST NE, PMB 92403
Washington, D.C. 20002

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, Appellant Andrew U. D. Straw, hereby make the following certification regarding service, per the Clerk ORDER at **Dkt. 11**:

1. While I am proceeding *pro se*, I am in fact an attorney of this Court, admitted to the bar in 1999. I have a CM/ECF account and I used it.

2. When I make filings, they are CM/ECF filings. Every filing I have made in this appeal has been electronic and through the Court's e-filing system.

3. As is shown in the email notices I received when I made CM/ECF filings for the docketing statement and my brief, the 5 U.S. DOJ attorneys who appeared in my trial court case were served electronically by CM/ECF.

4. I will not be serving any document on paper unless ordered to do so.

5. It would be a severe burden on me to make filings through the U.S. Mail, as I have no money for that. *See*, Dkt. 10. I asked the trial court below (**Dkts. 7, 7-1**) to let me use its CM/ECF system due to my poverty, but this reasonable request was denied in the mass denial ORDER at Dkt. 23 of the combined case (7:23-cv-897). I have spent a significant amount of money on U.S. Mail filings to E.D.N.C. because that trial court would not bend its rules in the least when other courts around the nation allow *pro se* litigants to file electronically with CM/ECF or via email.

6. Even the Fourth Circuit will allow a *pro se* filer to request CM/ECF:

    https://www.ca4.uscourts.gov/rules-and-procedures/resources/pro-se-procedures

7. Since I am using CM/ECF for my filings, that system will serve all *defendant-appellee* counsel here per the normal system operation. FRAP 25(c)(2)(A).

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Signed this 3rd day of November, 2023

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:   (847) 807-5237
E-mail:         andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing:

**CERTIFICATE REGARDING SERVICE**

with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

Dated this 3rd day of November, 2023

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:   (847) 807-5237
E-mail:         andrew@andrewstraw.com