## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 3, 2023

_____

RULE 45 NOTICE

_____

No. 23-2156,    <u>Andrew Straw v. US</u>
                7:23-cv-00162-BO-BM

TO:    Andrew U. D. Straw

**DEFAULT(S) MUST BE REMEDIED BY:** 11/20/2023

Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default(s) identified below are remedied within 15 days of the date of this notice through receipt of the requisite form(s) or fee in the appropriate clerk's office. Forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

> [ X ] Local Rule 25(a)(4) provides that Parties who are not registered for electronic service through CM/ECF must be served conventionally, outside the CM/ECF system, with a copy of any document filed electronically, and proof of service is required in accordance with FRAP 25(d).

Rickie Edwards, Deputy Clerk
804-916-2702