23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**,     *Appellant-Plaintiff, Pro Se,* | ) ) ) |
| v. | ) ) |
| **UNITED STATES**,     *Appellee-Defendant.* | )    **CAMP LEJEUNE JUSTICE ACT** ) )    **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

CERTIFICATE REGARDING SERVICE & RULE 45

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
712 H ST NE, PMB 92403
Washington, D.C. 20002

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, Appellant Andrew U. D. Straw, hereby make the following certification regarding service, per the Clerk NOTICE at **Dkt. 14**:

1. The defendant here is the United States.

2. It attorney is the Department of Justice, Attorney General of the United States.

3. Counsel for the United States appeared in my case below at **Dkts. 5, 6, 18, 37, & 38**.

4. I checked whether these 4 DOJ attorneys are members of the bar with CM/ECF access in this Court. None of them are members of the bar of this Court. I provide their email addresses as used in the Court below in the CM/ECF system there. All of these DOJ lawyers have CM/ECF accounts with PACER and can be noticed through PACER.

   | APPEARANCE | USCA CM/ECF? | | EMAIL ADDRESSES |
   |---|---|---|---|

5. Haroon Anwar      NO USCA4      EMAIL:      haroon.anwar@usdoj.gov

6. Elizabeth Platt   NO USCA4      EMAIL:      Elizabeth.k.platt@usdoj.gov

7. Allison O'Leary   NO USCA4      EMAIL:      Allison.o'leary@usdoj.gov

8. Cindy Hurt        NO USCA4      EMAIL:      Cindy.M.Hurt@usdoj.gov

9. Patrick Ryan      NO USCA4      EMAIL:      patrick.j.ryan@usdoj.gov

10. All 5 have a single U.S. Mail address in Washington, D.C.:

11. P.O. Box 340, Ben Franklin Station, Washington, DC 20044

12. U.S. DOJ also has a general email address for civil filings: etl.files@usdoj.gov

13. The NOTICE OF APPEAL was served via CM/ECF to the above attorneys at **Dkt. 60** in the Trial Court via CM/ECF on October 26, 2023. Transmission happened on October 31, 2023, at **Dkt. 62**.

14. Prior to filing this CERTIFICATE today, 11/3/2023, I sent the following docket entry documents, stamped by this Court, via email to the above 6 email addresses:

15. **Dkts. 2, 3, 6, 7, 8, 10, 11, 12, & 14**.

16. I ask that the Court provide service when I efile using CM/ECF because I have been granted *in forma pauperis* status. *See*, 28 U.S.C. § 1915(d).

17. At a minimum, the Court should serve my CM/ECF filings to the general U.S. DOJ email address provided in the Court below: etl.files@usdoj.gov

18. If physical service by mail is required, the Court can use the address above at ¶11.

19. If the defendant chooses not to appear by U.S. Department of Justice Counsel having CM/ECF privileges, this is not my choice and the defendant should lose by default if it acts in that fashion given my brief presents *prima facie* reasons for the relief I seek.

20. Given there is a general email service address as follows, CM/ECF should henceforth serve that email provided by the Justice Department: etl.files@usdoj.gov

21. Also, please serve: Civil.Communications@usdoj.gov

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Signed this 3rd day of November, 2023

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
E-mail: andrew@andrewstraw.com

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set forth below, I electronically filed the foregoing:

**CERTIFICATE REGARDING SERVICE**

with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

I also sent a copy of this document and **Dkts. 2, 3, 6, 7, 8, 10, 11, 12, & 14** to the DOJ attorneys at their email addresses as listed above in **paragraphs 5-9** along with the general service emails of U.S. DOJ listed at **paragraphs 20 & 21** above.

Dated this <u>3rd day of November, 2023</u>

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:   (847) 807-5237
E-mail:        andrew@andrewstraw.com

4