FILED: November 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2156
(7:23-cv-00162-BO-BM)
_____

ANDREW U. D. STRAW

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

_____

O R D E R
_____

Upon consideration of appellant's document entitled "Certificate Regarding Service & Rule 45", which the court construes as a motion to waive service requirements, the motion is denied.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk