23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| Appellee-Defendant. | ) **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

CERTIFICATE REGARDING U.S. MAIL SERVICE ON THIS DATE

*/s/ Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
712 H ST NE, PMB 92403
Washington, D.C. 20002

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, Appellant Andrew U. D. Straw, having received the Dkt. 17 ORDER denying my request to waive service, I make the following CERTIFICATION:

1. The defendant here is the United States.

2. Its attorney is the Department of Justice.

3. Counsel for the United States appeared in my case below at **Dkts. 5, 6, 18, 37, & 38**.

4. I checked whether these 4 DOJ attorneys are members of the bar with CM/ECF access in this Court. None of them are members of the bar of this Court. I provide their email addresses as used in the Court below in the CM/ECF system there. All of these DOJ lawyers have CM/ECF accounts with PACER and can be noticed through PACER.

| APPEARANCE | USCA CM/ECF? | | EMAIL ADDRESSES |
|---|---|---|---|
| 5. Haroon Anwar | NO USCA4 | EMAIL: | haroon.anwar@usdoj.gov |
| 6. Elizabeth Platt | NO USCA4 | EMAIL: | Elizabeth.k.platt@usdoj.gov |
| 7. Allison O'Leary | NO USCA4 | EMAIL: | Allison.o'leary@usdoj.gov |
| 8. Cindy Hurt | NO USCA4 | EMAIL: | Cindy.M.Hurt@usdoj.gov |
| 9. Patrick Ryan | NO USCA4 | EMAIL: | patrick.j.ryan@usdoj.gov |

10. All 5 have a single U.S. Mail address in Washington, D.C.:

11. P.O. Box 340, Ben Franklin Station, Washington, DC 20044

12. I sent this document on paper plus the following that are in the record of this appellate case via U.S. Priority Mail to the above physical DOJ address, on **November 3, 2023**:

13. **Dkts. 2, 3, 6, 7-1, 8, 10, 11, 12, 14, 15, 16, & 17**.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Signed this 3rd day of November, 2023

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:　(847) 807-5237
E-mail:　　andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing:

**CERTIFICATE REGARDING U.S. MAIL SERVICE ON THIS DATE**

with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

As noted above, I sent the above-mentioned documents to this address:

**U.S. Department of Justice**
**P.O. Box 340, Ben Franklin Station**
**Washington, DC 20044**

I sent an email courtesy copy of this document to the above attorneys at paragraphs 5-9 on this date.

Dated this 3rd day of November, 2023

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:　(847) 807-5237
E-mail:　　andrew@andrewstraw.com

3