23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| *Appellee-Defendant.* | ) **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

NOTICE OF ACTUAL RECEIPT OF MAILING

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
712 H ST NE, PMB 92403
Washington, D.C. 20002

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, Appellant Andrew U. D. Straw, having received the **Dkt. 17** ORDER denying my request to waive service, I make the following NOTIFICATION OF ACTUAL RECEIPT OF SERVICE OF APPELLANT'S OPENING BRIEF:

1. The defendant here is the United States.

2. Its attorney is the Department of Justice.

3. Counsel for the United States appeared in my case below at **Dkts. 5, 6, 18, 37, & 38**.

4. I checked whether these 4 DOJ attorneys are members of the bar with CM/ECF access in this Court. None of them are members of the bar of this Court. I provide their email addresses as used in the Court below in the CM/ECF system there. All of these DOJ lawyers have CM/ECF accounts with PACER and can be noticed through PACER.

| APPEARANCE | USCA CM/ECF? | | EMAIL ADDRESSES |
|---|---|---|---|
| 5. Haroon Anwar | NO USCA4 | EMAIL: | haroon.anwar@usdoj.gov |
| 6. Elizabeth Platt | NO USCA4 | EMAIL: | elizabeth.k.platt@usdoj.gov |
| 7. Allison O'Leary | NO USCA4 | EMAIL: | allison.o'leary@usdoj.gov |
| 8. Cindy Hurt | NO USCA4 | EMAIL: | cindy.m.hurt@usdoj.gov |
| 9. Patrick Ryan | NO USCA4 | EMAIL: | patrick.j.ryan@usdoj.gov |

10. All 5 have a single U.S. Mail address in Washington, D.C.:

11. **P.O. Box 340, Ben Franklin Station, Washington, DC 20044**

12. I sent **Dkt. 18** on paper plus the following that are in the record of this appellate case via U.S. Priority Mail to the above physical DOJ address, on **November 3, 2023**:

13. **Dkts. 2, 3, 6, 7-1, 8, 10, 11, 12, 14, 15, 16, & 17**.

14. The U.S. Postal Service provided the following tracking number:

15. 4202004492055901526619001930261613

16. This USPS link shows delivery happened on **November 7, 2023**, at 9:03 a.m.

17. https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=4202004492055901526619001930261613

18. This represents actual delivery of the opening appellant brief, which should set in motion the 14-day time limit for any response brief by the appellee per the briefing order. **Dkt. 3**. Deadline: **Tuesday, November 21, 2023**. Not a holiday.

19. Noting of course that defendant did not oppose the **Dkt. 56** motion that was denied below at **Dkt. 59**.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Signed this 7th day of November, 2023

_Andrew U. D. Straw_
ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:  (847) 807-5237
E-mail:    andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing:

**NOTICE OF ACTUAL RECEIPT OF MAILING**

with the Clerk of Court using the CM/ECF system, which will serve this NOTICE on all counsel of record electronically now that service of the brief shows appellee UNITED STATES by counsel is aware of this appeal.

Dated this 7th day of November, 2023

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:    (847) 807-5237
E-mail:       andrew@andrewstraw.com

4