23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
|    *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )    **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
|    *Appellee-Defendant.* | )    **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

NOTICE RE SERVICE DOG & VET COSTS

---

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
712 H ST NE, PMB 92403
Washington, D.C. 20002

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this NOTICE regarding my service dog:

1. As recognized in the *IFP* grant, I live in poverty on SSDI at less than 50% of the federal poverty line for my household size of 6:

    https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines

2. My requested relief (Dkts. 56, 56-2) was for money to pay for my HHA (Leslie C. Tabbada) but also veterinarian and food costs for my service dog.

3. I am training my young Golden Retriever, Curly, to help me with my disabilities, especially my **6 mental illnesses** from Camp LeJeune toxins.

4.  Curly

5. As I told the judge in Dkt. 56, the money I ask includes Curly having normal veterinary visits for her health.

6. Veterinarian visits are very expensive for me and anytime I have these expenses, it comes straight out of my food budget for the six people I am supporting. The best I can do for my HHA is provide room and board for her and her kids without any additional help from the government, only SSDI.

7. Curly was not eating the past two days and her behavior became very depressed when her normal mood is friendly and energetic as a young dog.

8. I was so worried because we have lost 4 different dogs to Parvo virus, which is an epidemic in the Philippines:

   https://www.onenews.ph/articles/what-every-pet-owner-needs-to-know-about-parvo-the-highly-infectious-virus-that-attacks-young-dogs-1

9. Again, I took food budget money a few months ago to ensure Curly had her first Parvo shot. Still, having lost so many dogs to this vicious disease, I was worried at her current malaise.

10. So, my HHA and I took Curly to the vet today and had the whole battery of tests. She did not have Parvo or distemper, thank God, but she still needs more vaccinations that she cannot have while sick.

11. It turns out that she has **hookworm** and a **serious bacterial infection** and needed more treatment over the next several weeks.

12. These diagnostic and initial treatment costs amounted to about 5,500 pesos, which is about $98.

13. This is approximately 15% of our food budget for the month and the vet said I need to buy dog food for Curly and come back for more treatment in 2 weeks.

14. I asked the vet if we could bring Curly for her follow up after the first of December because that is when I get paid my next SSDI payment.

15. It is especially distressing when your young service dog is sick and the treatment wrecks the food budget.

16. This is precisely why I need the money I asked for. Service dog Curly is part of my treatment for the 6 mental illnesses that I have. She mitigates them.

17. Everything is stretched to the utmost limit in my life because the government has taken nearly everything from me and gives back only the tiniest SSDI with no health care and excuse after excuse to punish me with more poverty.

18. CLJA was passed so people like me with severe toxic consequences (Dkt. 55) would have relief. 15 months ago, this law was passed, and I have had nothing but continuing poverty and stress. Now with a judge denying me relief without even saying why. This failure to provide relief hurts not just me. It hurts Curly, Leslie my HHA, and her 4 kids whom I support.

19. I am not asking for that much given the massive damage and death in my family. A *loan* to be repaid from the damages I will surely receive later given I was born at Camp LeJeune in 1969 and exposed for 583 days *in utero* and as an infant.

20. Please overturn **Dkt. 59** and give me that relief so taking care of my service dog does not depend on destroying our food budget. So I can also actually pay my HHA for all the work she does, taking care of me and Curly too.

21. Thank you.

4

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Signed this 9th day of November, 2023

*Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City
Telephone:   (847) 807-5237
E-mail:         andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing:

### NOTICE RE SERVICE DOG & VET COSTS

with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

I also sent on this date a copy of this filing via U.S. Mail to the U.S. Department of Justice at the following address:

P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340

Dated this 9th day of November, 2023

*Andrew U. D. Straw*

ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone:   (847) 807-5237
E-mail:         andrew@andrewstraw.com

5