23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
|    *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )    **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
|    *Appellee-Defendant.* | )    **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

CERTIFICATE OF SERVICE RE NOTICE RE SERVICE DOG & VET COSTS

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this CERTIFICATE OF SERVICE:

1. I filed a NOTICE regarding my service dog's sickness and veterinary expenses which was filed at **Dkt. 20**.

2. I have recently changed my mail service and the address was incorrect in Dkt. 20, so I wish to update the Court on my new address.

3. I did serve the **Dkt. 20** document to the U.S. DOJ on the date of that filing to P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340.

4. I have also updated my PACER.gov account to reflect the new address:

5. 9169 W STATE ST STE 690, Garden City, ID 83714-1733

6. Thank you for making a note of this change.

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury.

Signed this 10th day of November, 2023

*Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
E-mail: andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing:

**CERTIFICATE OF SERVICE RE NOTICE RE SERVICE DOG & VET COSTS**

with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

I also sent on this date a copy of this filing via U.S. Mail to the U.S. Department of Justice at the following address:

P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340

          Dated this 10th day of November, 2023

          */s/ Andrew U. D. Straw*

          ANDREW U. D. STRAW
          9169 W STATE ST STE 690
          Garden City, ID 83714-1733
          Telephone:  (847) 807-5237
          E-mail:      andrew@andrewstraw.com