23-2156

IN THE

# United States Court of Appeals for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, ) | |
| *Appellant-Plaintiff, Pro Se,* ) | |
| ) | |
| v. ) | |
| ) | **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, ) | |
| *Appellee-Defendant.* ) | **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

MOTION TO ORDER FULL JUSTICE

---

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this MOTION to streamline Camp LeJeune Justice Act adjudication. My attempts at justice have been rebuffed (Dkts. [59](#) & 65):

1. It has been 15 months since Camp LeJeune Justice Act was passed, 8/10/2022.

2. The Court below allowed motions and briefing in CLJA lawsuits and then **denied all of that effort** in its case management orders without considering one.

3. The Court below, as I mentioned in [Dkt. 23](#) here, casually suggested that some CLJA cases will take **20 years** to try.

4. That's enough for this Court to Act because Judge Dever also said that this matter could take **1,900 years**.

5. [https://www.publicradioeast.org/2023-04-06/judge-urges-quick-action-in-first-hearing-in-camp-lejeune-water-contamination-suit](https://www.publicradioeast.org/2023-04-06/judge-urges-quick-action-in-first-hearing-in-camp-lejeune-water-contamination-suit)

6. There is no reason at all for that attitude and no other court where this can be resolved for any victim. Venue can only be in EDNC under CLJA.

7. Instead of the gamesmanship of DOJ and Navy JAG and the half-hearted attitude (at best) of the judges below, not even willing to provide a loan to me for medical care the government made necessary by poisoning me.

8. This Court of Appeals can make an order right now stating that the defendant must offer every plaintiff, every Navy JAG claimant, 100% of the monetary damages demanded in the SF-95 USN JAG claims needed to start the matter.

9. If a plaintiff or claimant wants more through the jury trial right, fine.

10. But there should be no possibility that victims get less than what they ask or on a trial timeline that violates the spirit of this new law for the victims. CLJA.

11. The government has been delaying and hiding causation studies, failed to notify all victims when the poisoning was clear in the 1980s, and relied on North Carolina state laws to prevent justice under FTCA. MDL-2218.

12. It is too late to dither and nitpick what the toxins caused.

13. **It caused every illness any of these victims suffered.** That should be declared by the Court of Appeals right now, today.

14. We should not be finding out through **hidden or unreleased studies** years from now, after trials, that these extremely toxic substances caused a whole variety of illnesses the government doesn't want to admit now and wants to litigate. https://www.reuters.com/world/us/unpublished-study-finds-elevated-cancer-rates-us-military-base-2023-11-10/

15. **Give the victims what they ask** because none of these DOJ lawyers has any idea the amount of suffering and death, not only from the poisons, but from DOJ disrespecting these sacrifices in MDL-2218 and ongoing under CLJA.

16. The average claim is $28,000,000 and DOJ admits the total for 117,000 claims is $3.3 trillion right now. But who cares? All that will happen is the Treasury prints this money for the victims via the Judgment Fund. It does not affect the federal budget at all. It is amazing that anyone wants to delay this justice.

WHEREFORE, I move for this Court to ORDER the defendant to pay every plaintiff or claimant exactly what they ask in their SF-95 CLJA claim forms. This CLJA law was not meant to busy the offices of a bunch of law firms indefinitely and tell the victims to come back next century, or when we get around to it, whichever is later.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 11th day of November, 2023

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone: (847) 807-5237
E-mail: andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. I also sent on this date a copy of this filing via U.S. Mail to the U.S. Department of Justice at the following address: P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340

Dated this 11th day of November, 2023

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone: (847) 807-5237
E-mail: andrew@andrewstraw.com