23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| *Appellee-Defendant.* | ) **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

NOTICE REGARDING SERVICE, DKT. 24

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this NOTICE:

1. It turns out, I was unable to serve **Dkt. 24** because I did not have the $1.20 in my bank account to send it via U.S. Mail.

2. However, I did send a copy to the Justice Department via email to the 5 lawyers listed in my CLJA case below, plus DOJ lawyers **Vanita Gupta** and **Adam Bain**.

3. In any event, the Justice Department has attorneys admitted to the bar of this Court and my actual service of my Opening Brief and Docketing Statement via U.S. Mail puts the government on notice to review the docket, all of it.

WHEREFORE, I NOTIFY this Court of my poverty making actual service of anything else this month via U.S. Mail not possible for me.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 11th day of November, 2023

*/s/ Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:   (847) 807-5237
E-mail:      andrew@andrewstraw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. The government should be obliged to review the docket and appear now that I have made it aware of this appeal.

Dated this 11th day of November, 2023

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:  (847) 807-5237
E-mail:      andrew@andrewstraw.com

3