23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| Appellee-Defendant. | ) **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

NOTICE REGARDING USPS SERVICE OF DKT. 24

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this NOTICE:

1. I was unable to serve **Dkt. 24** because I did not have the $1.20 in my bank account to send it via U.S. Mail. The payment to my mailing company failed, so the shipment failed.

2. However, my brother sent me some money on 11/13/2023 to restore the money I spent on my service dog's illness (**Dkt. 20**)

3. On 11/13/2023, I used $1.20 of that to send **Dkt. 24** via U.S. Mail, First Class and postage prepaid to appellee at:

4. P.O. Box 340, Ben Franklin Station, Washington, D.C. 20044

5. Now that appellee by counsel is aware of my appeal due to my actual service (**Dkt. 19**) of the opening appellant's brief (**Dkt. 7**), I will only serve documents via CM/ECF because the appellee has lawyers admitted to the bar of this Court and they have an obligation to appear and accept CM/ECF filings.

WHEREFORE, I NOTIFY this Court of my service of **Dkt. 24**.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 13th day of November, 2023

*Andrew U. D. Straw* (signature)

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:    (847) 807-5237
E-mail:         andrew@andrewstraw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **NOTICE** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. The government should be obliged to review the docket and appear since I have made it aware of this appeal by serving the opening brief (Dkt. 7).

Dated this 13th day of November, 2023

*Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:   (847) 807-5237
E-mail:       andrew@andrewstraw.com

3