23-2156

IN THE

# United States Court of Appeals for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| Appellee-Defendant. | ) **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

AFFIDAVIT OF ADDITIONAL DISTRESS

---

*/s/ Andrew U. D. Straw/*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this NOTICE:

1. I have informed the Court about my financial distress (Dkt. 10) and my service dog's illness (Dkt. 20) and expenses in the context of the Dkt. 59 denial of health and education loan payments to me in my distressed and impoverished state as a Camp LeJeune poisoning victim.

2. As of today, there is new stress. My HHA's father had a stroke and now lives with us because he has nowhere else to go. This also means my HHA's disabled brother who lived with her father now also lives with us.

3. My SSDI at $1,386 per month is now only 32% of the federal poverty line for my household of 8.

4. I was happy to offer this despite knowing it will mean extra expense.

5. Also, I do manual checks on my torso for lumps given my own father had 3 lumps removed surgically recently and I think he has **Non-Hodgkin's Lymphoma**, one of the Tier 1 tracked conditions for 2024 trials.

6. I found a lump the size of a grape under my armpit skin on the right side this evening.

7. This is very distressing on top of everything else going on, since I have **no health coverage** to even check if it is cancerous or needs treatment of some kind. All the skin peeled off of my right armpit after my armpit was leaking fluid and then this lump formed in the past few days. The lump emits a dull ache.

8. It goes without saying that if my Dkt. 56 motion were granted promptly when I asked, I would have the money by now to be doing **real cancer screening** rather than just checking myself in a haphazard way as a non-medical professional.

9. I should have had my health payments back in May when my Dkt. 9 motion for health payments was fully briefed.

10. It sure would be a shame if this new lump that formed is cancerous and could have been prevented with some proper screening. I have no way to treat it, in any case, without the help I asked.

11. It's hard to forgive a government and a government judge for not cooperating with my **"relief from harm"** under a law I lobbied for in 2021 and 2022, when I am a Camp LeJeune victim fully deserving every relief I request and constant medical needs that do not go away just because a judge wants desperately to say no to me for who knows what reason. Life is so fragile.

12. As I keep saying, time marches on and **every court delay** is going to result in more people wrongfully dead from preventable causes linked to the poisons.

13. Further, affiant sayeth not.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 15th day of November, 2023

*Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237    E-mail:    andrew@andrewstraw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **AFFIDAVIT** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. The government should be obliged to review the docket and appear since I have made it aware of this appeal by serving the opening brief (Dkt. 7) via U.S. Mail.

Dated this 15th day of November, 2023

*[signature]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:   (847) 807-5237
E-mail:      andrew@andrewstraw.com