23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| *Appellee-Defendant.* | ) **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

MOTION FOR MANDATORY DOJ DISCLOSURE

---

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this MOTION:

1. Camp LeJeune poisoning started over 70 years ago.

2. The Marines and the Navy failed to protect the victims, which include Marines, their family members, workers from off base, and anyone else exposed to that toxic water.

3. I believe it was a crime to inflict such toxic injuries on these victims through no fault of their own. Hurting the child or spouse of a veteran is assault. Killing a veteran or their family member is manslaughter.

4. Failing to inform everyone exposed using every bit of power of the military and federal government, resulting in cancers and diseases and death also constitutes manslaughter.

5. US DOJ has argued that victims brought this on themselves, which is patently false.

6. DOJ has argued that victims must mitigate their own damages ([Dkt. 17](Dkt. 17), Aff. Def. #13) without the help of the government that poisoned them. [Dkt. 16](Dkt. 16).

7. DOJ offered its Elective Option, the maximum amount being $550,000 while the average claim is **over $28,000,000**. About $3.3 trillion divided by 117,000 at the time DOJ brought this to the attention of the Court below.

8. $550,000 for a death is **less than 2%** of the ***average claim***.

9. Now, DOJ is [arguing in a motion](arguing in a motion) that CLJA does not contain a jury trial right. DOJ clearly are afraid of the **People of Eastern North Carolina** giving full justice to the victims instead of a lowball amount like DOJ wants to offer.

10. I made a complaint to the Justice Department today that Adam Bain and Haroon Anwar, both DOJ attorneys who made ridiculous CLJA defenses including against the jury trial right have acted as part of a **conspiracy against the victims** that began in 1953, continued over 34 years, continued through the 1980s and 1990s and 2000s and 2010s and 2020s.

11. Every time these DOJ attorneys made acts to stop these victims from getting full justice in a timely fashion, everyone involved in that acted in a treasonous fashion and gave **aid and comfort** to the **Enemies of the United States**.

12. 18 U.S.C. § 2381.

13. In my case, I was poisoned from 1968 to 1970, during the Vietnam War. To hurt me and my parents and daughter at that time gave comfort and aid to the N. Vietnam enemies. That is true even 5 decades later.

14. Every time Adam Bain appears before any federal court handling some aspect of Camp LeJeune justice now, he should be forced to say on the record the following statements at ¶¶15-18:

15. "I am Adam Bain, attorney for the United States. I argued that Camp LeJeune victims should not be paid and asserted arguments in the Multi District Litigation (#2218) so that no victim could have a damage award under the Federal Tort Claims Act. Congress passed Camp LeJeune Justice Act specifically to undo **my result, my victory** in that case and give the victims another chance despite what I argued before."

3

16. "I have argued against the now 130,000 Camp LeJeune claims yet again, trying to prevent any result that would give these victims the full justice they demand. I have tried to prevent payment, reduce payment, and delay payment through my actions."

17. "I had the power to not fight these victims and settle with all of them under FTCA. Not doing so in 2016 was a choice that I made. That choice caused Congress to pass a new law to overturn my choice and my MDL-2218 victory. That law, CLJA, was passed **342-88 in the U.S. House** and **86-11 in the U.S. Senate** in 2022. I have stood against Congress providing a jury trial right and my subordinate, Haroon Anwar, moved to have the jury trial right stricken in the consolidated case in the Eastern District of North Carolina."

18. "The Court and jury must know that I have opposed this Camp LeJeune justice, fought against it every time it was raised for over 20 years, and I fight against it now. I don't care what Congress and the president made into law because I asserted and continue to assert that **my arguments** in our democracy are more important than acts of Congress signed by the president for up to 1 million people injured by that Camp LeJeune water. I do not want those people, poisoned by the government I represent, to be paid what they are owed."

WHEREFORE, I MOVE this Court to direct Mr. Adam Bain to make that statement verbally each time he appears and the court below shall record it as part of the record each and every time.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 25th day of November, 2023

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:   (847) 807-5237
E-mail:         andrew@andrewstraw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. The government should be obliged to review the docket and appear and accept CM/ECF service now that I have made it aware of this appeal.

*See*, Dkt. 19.

Nonetheless, I also mailed on the below date a copy of this document via U.S. Mail, First Class and Postage Prepaid, to the appellee at: P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340

Dated this 25th day of November, 2023

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:   (847) 807-5237
E-mail:         andrew@andrewstraw.com