23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )    **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| *Appellee-Defendant.* | )    **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

NOTICE RE EDUCATION ADMISSION

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this NOTICE:

1. I originally filed this appeal because the Court below denied (Dkt. 59) my motion for health and education payments (Dkt. 56) under CLJA.

2. I received a letter of admission dated **November 28, 2023**, that I was accepted to the Master's Degree Program in Peace and Reconciliation Studies (PAX) at the **University of Maine**.

3. It is important for the Court to know this because it shows I do indeed need the money I requested for this graduate degree, classes for which begin in January 2024.

4. The subject matter will include **forgiveness** as expressed and applied in a variety of contexts, as well as how people come to achieve lasting peace and reconciliation after conflict and to avoid future conflicts. Justice is a central issue in being able to reach forgiveness after a tort has occurred.

WHEREFORE, I make this NOTICE to inform the Court that I am indeed admitted to a graduate degree program and thus my motion to provide funding to pay for this is a real issue.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 29th day of November, 2023

*Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:   (847) 807-5237
E-mail:       andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **NOTICE** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. The government should be obliged to review the docket and appear and accept CM/ECF service now that I have made it aware of this appeal.

*See*, Dkt. 19.

Nonetheless, I also mailed on the below date a copy of this document via U.S. Mail, First Class and Postage Prepaid, to the appellee at: P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340

Dated this 29th day of November, 2023

*[signature]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:   (847) 807-5237
E-mail:      andrew@andrewstraw.com

3