23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| Appellee-Defendant. | ) **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

RULE 28(j) ADDITIONAL AUTHORITIES

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this NOTICE of additional authorities:

1. As I noted in Dkt. 36, the appellee has not opposed any of the reliefs I requested, including my brief and motions. It has simply not appeared and offers no reason why. I find this incredibly disrespectful under CLJA.

2. Apparently, the appellee's counsel is too busy trying to suppress and hide a 2023 ATSDR Cancer Incidence Study specific to Camp LeJeune toxic water.

3. The government acts like there was some purpose to that study *besides* helping these victims who consumed that water and want compensation for the injuries it caused. There is no other purpose to such a study and withholding it is immoral and unethical, meant to cause delay while the victims **DIE waiting**.

    https://edition.cnn.com/2023/08/13/politics/camp-lejeune-water-contamination-pact-act/index.html

4. The government provides bad faith conclusory statements to try to hide this study from the victims and their Leadership Counsel attorneys in the consolidated case. 7:23-cv-897.

5. Because of how the counsel for appellee are disrespecting me and my family as victims, including by **not even appearing here after notice of this appeal**, the Court should take into account the bad faith statements made to hide that Cancer Incidence Study and hold the government accountable for its dishonesty. Dkt. 74 is that government opposition to providing the study.

    https://rollcall.com/2023/11/14/key-study-of-camp-lejeune-cancers-in-limbo-as-cases-go-to-court/

6. Meanwhile, I live in poverty, my career is ruined, and I barely have enough money to subsist on less than 50% of the federal poverty line with my 2023 SSDI at $1,386 per month. The government knows no shame, inflicting injury with a kind of robotic absence of remorse for 70 years of suffering that Congress FINALLY wants to be compensated. DOJ has not gotten the memo. They are meant to lose and be pummeled by the law. The government is instituted to HELP, not cause injury for 70 years and then fail to pay for it.

WHEREFORE, I make this NOTICE to inform the Court about that Dkt. 74 attempt to suppress this extremely important study, yet another example of the government wanting to escape justice at *any* cost, even its own integrity and honesty. After the government said that **I am responsible for my own poisoning** (Dkt. 17, pages 28-29, Affirmative Defenses #11-13) **as a fetus and infant poisoned by Camp LeJeune for 19 months**, not one word from that government's attorneys should be heard and all relief against them and the United States should be granted immediately.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 11th day of December, 2023

*Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 837114-1733
Telephone:   (847) 807-5237
E-mail:      andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **NOTICE** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. The government should be obliged to review the docket and appear and accept CM/ECF service now that I have made it aware of this appeal.

*See*, Dkt. 19.

Nonetheless, I also mailed on the below date a copy of this document via U.S. Mail, First Class and Postage Prepaid, to the appellee at: P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340

                      Dated this 11th day of December, 2023

                      */s/ Andrew U. D. Straw*

                      ANDREW U. D. STRAW
                      9169 W STATE ST STE 690
                      Garden City, ID 837114-1733
                      Telephone:   (847) 807-5237
                      E-mail:       andrew@andrewstraw.com