23-2156

IN THE

# United States Court of Appeals for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| Appellee-Defendant. | ) **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

LETTER REGARDING PROPERTY RIGHTS AND EFFECTS
OF CLJA DELAYS

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, in this LETTER provide reasons how delay simply compounds injuries under CLJA:

## FACTS

1. In my amended complaint below at [Dkt. 25](), I asked for compensation based on the disability discrimination inflicted on me by my former employer, the Indiana Supreme Court. My 5 law licenses have been taken for nearly 7 years on a 180-day suspension that was supposed to be coupled with automatic reinstatement, but was left in place for 7 years despite the rules.

2. This is the death knell of a legal career. It is also why I filed a lawsuit seeking Takings Clause compensation for those 5 licenses. Indiana's courts would not oblige me and denied that law licenses are covered by the Takings Clause.

3. This while I was not accused of any crime or dishonest act and no mitigating fact was considered.

4. Chief Justice of Indiana Loretta Rush is biased against people with mental illness for a very reasonable reason. A man with severe mental illness who was her client broke into her house and attempted to choke her husband to death in the presence of Rush and her children. When I mentioned this and asked her to recuse due to my having mental illnesses from Camp LeJeune toxic water, she would not do so and her colleagues did not force her to recuse.

5. My Takings Clause case died on the vine in Indiana because that state's judges and justices won't protect my civil and constitutional rights.

6. Justice Amy Coney-Barrett allowed me to have until **February 16, 2024**, to file my petition for writ of certiorari. *Straw v. Indiana*, [23A520]() (2023) ([MOTION]())

7. As this Court knows (Dkt. 8), I don't have thousands of dollars on SSDI for court fees and professional printing costs. If my back loan payments in the amount of **$64,000** requested here (see, Dkt. 39) were provided, I would have that money and a chance, a tiny, slim 1% chance, of Takings Clause review at the highest court in the land.

8. My ability to assert this property right and demand payment affects <u>**every lawyer in the United States**</u>. A law license must be compensated as a Takings Clause matter when **suspension** or **disbarment** is imposed **without any crime or dishonest act alleged** and when **no mitigating analysis** was done.

9. Indiana's ADA coordinator started this by retaliating against my ADA complaints to her. The record of abuse is in a federal court record. There is *no excuse* for what happened to me as a disabled former employee of the Indiana Supreme Court.

10. I am disabled from Camp LeJeune poisoning. I am disabled from 9/11 toxic dust in NYC. I am disabled from a reckless driver breaking my bones from face to ankle on the way to the Indiana Supreme Court to work, where I served over 400 state courts. I have suffered disability discrimination my whole life. I EARNED that Indiana law license with *that* history, while working for the Chief Justice of Indiana with all those disabilities from public service and other people's crimes to my person.

11. Time is of the essence and this Court must know that my justice for my 5 law licenses hangs by a thread and I sit here with just a few pesos.

12. It is true that the property takings by Indiana has roots in my Camp LeJeune poisoning (Dkt. 55). I have made CLJA claims to be paid for the damage. But DOJ also expects me to **mitigate the damage**. Dkt. 17. My successful attempt to get $5 million (*Straw v. LinkedIn*, Dkt. 22-22) in Takings Clause payment necessarily would reduce what must be paid to me by the United States under CLJA since my 6 Camp LeJeune mental illnesses motivated the Indiana attacks on me. You can see that ADA coordinator mental illness attack explicitly in my federal court docket in California. *Straw v. LinkedIn*, 5:22-cv-7718-EJD (N.D. Cal. 2023) (Dkt. 22-6)

13. I fully accept that what Indiana must pay me for this Takings based on my mental illnesses from Camp LeJeune would reduce to some extent what the United States must pay me under CLJA for this specific claim.

WHEREFORE, to that end, I attach the DRAFT **petition for writ of certiorari** and **appendix** that my professional printer will convert into paper to submit to the U.S. Supreme Court. I remain hopeful that this Court will grant me my loan, backdated for 10 months, so I can pursue this *mitigating* U.S. Supreme Court petition. If I am not granted certiorari, this just shows that the Takings Clause property damage remains **unaddressed** and CLJA should address it comprehensively as a separate statutory matter.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 18th day of December, 2023

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:   (847) 807-5237
E-mail:       andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **LETTER** with **2 EXHIBITS** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.  I also emailed a copy of this letter with 2 exhibit attachments (DRAFT petition & appendix) to US DOJ at:

etl.files@usdoj.gov
Civil.Communications@usdoj.gov
civil.feedback@usdoj.gov
SupremeCtBriefs@USDOJ.gov

Dated this 18th day of December, 2023

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:   (847) 807-5237
E-mail:       andrew@andrewstraw.com