23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )    **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| *Appellee-Defendant.* | )    **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

AFFIDAVIT REGARDING INTERFERENCE WITH FACEBOOK GROUP
"CHILDREN OF CAMP LEJEUNE," CREATED IN 2015

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this AFFIDAVIT regarding obstruction:

1. The government in this Camp LeJeune Justice Act matter has acted contrary to the mandate of FRCP Rule 11 in that it is using **delay** and **unjustified denial**s as unethical tactics against people who deserve immediate relief and justice after 70 years of suffering, death, and immoral government refusals. **Justice now** is required, not years of further nitpicking.

2. PLG Counsel stated in [Dkt. 98](#) of 7:23-cv-897 the following:

   > Defendant's **refusal to stipulate** to seemingly non-controversial issues has permeated this entire litigation and contributes to the **delays**. * * * Defendant's Answer clearly represents an intent **to contest *everything***. * * * Consistent with its **scorch-earth strategy**, Defendant's Answer disavowed the groundwater contamination levels identified by these third party vendors and consultants. * * *

3. Not surprisingly, private actors such as Facebook have taken action against leaders of the Camp LeJeune victim movement like myself.

4. I incorporate by reference the attached Exhibit 1. This exhibit consists of 3 pages, screenshots of how Facebook treated my posts on ***my own*** Camp LeJeune advocacy group, **Children of Camp LeJeune**.

5. **Page 1** is a screenshot I took on 12/31/2023 and it shows the post I attempted to place in MY OWN GROUP, Children of Camp LeJeune, with language directed at the Fourth Circuit U.S. Court of Appeals to show Facebook is abusing me in my advocacy to and informing other Camp LeJeune victims.

6. **Page 2** is a screenshot I took on 12/31/2023 and it shows the responsive message I received from Facebook with my block from posting in my own group.

7. **Page 3** is a screenshot I took on 12/31/2023 and it shows that my group, Children of Camp LeJeune, has **437 members** and was established on **January 29, 2015**.

8. This blocking of me as the only administrator started in 2023, with my Camp LeJeune claims, my EDNC lawsuit, and then my appeal here pending.

9. I believe there is evidence that Facebook is obstructing me both as a victim of Camp LeJeune wanting to communicate with other victims who banded together in this group over the past nearly 9 years. Facebook also is interfering with me as **an officer of the Court**. I am an attorney admitted to the bar of the Fourth Circuit U.S. Court of Appeals.

10. I have not placed any posting in Facebook, especially this group, that justifies any block at all. Facebook does not give me the ability to oppose what they did.

11. Since the ONLY entity that benefits from blocking my communications to other Camp LeJeune victims is the Justice Department, I have a strong and justified belief that the Justice Department is involved with this interference, and Facebook is cooperating with this injustice, with this potential crime.

12. The Court should refer this to the Criminal Division of the Justice Department and the FBI because blocking me and interfering with my public statements to other Camp LeJeune victims like myself is not acceptable when I am a litigant and an officer of this Court.

13. 18 U.S.C. § 1503

14. https://www.law.cornell.edu/uscode/text/18/1503

15. I am very concerned that someone at the Justice Department is using the wires to prevent people born at Camp LeJeune or who lived there as children (the whole point of my group since 2015) to communicate and confer. This may have represented trying to prevent settlements or verdicts in the poisoned children's favor in 2023. Thus, it may be even worse than mere obstruction and instead use of the Justice Department as an enterprise to commit RICO violations consistent with DOJ's unethical zeal to grant NOTHING to these victims. *Each time* I was blocked from posting, it was *436 violations* of my right to communicate to my fellow victims.

16. Because 18 U.S.C. § 1503 **applies to civil**, as well as criminal **judicial proceedings**, *Roberts v. United States*, 239 F.2d 467, 470 (9th Cir. 1956); *Sneed v. United States*, 298 F. 911, 912 (5th Cir.), cert. denied, 265 U.S. 590 (1924); see *Nye v. United States*, 137 F.2d 73 (4th Cir.) (by implication), cert. denied, 320 U.S. 755 (1943), **private attorneys are, arguably, also covered by the statute**."
https://www.justice.gov/archives/jm/criminal-resource-manual-1721-protection-government-processes-obstruction-justice-scope-18-usc

Further, *affiant* sayeth naught.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 31st day of December, 2023

*[signature: Andrew U. D. Straw]*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:  (847) 807-5237
E-mail:      andrew@andrewstraw.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **AFFIDAVIT** with **1 EXHIBIT** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. The government should be obliged to review the docket and appear and accept CM/ECF service now that I have made it aware of this appeal. *See*, Dkt. 19.

I also mailed on the below date a copy of this AFFIDAVIT and EXHIBIT via U.S. Mail, First Class and Postage Prepaid, to the appellee at: **P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340**

        Dated this 31st day of December, 2023

        */s/ Andrew U. D. Straw*

        ANDREW U. D. STRAW
        9169 W STATE ST STE 690
        Garden City, ID 837114-1733
        Telephone:   (847) 807-5237
        E-mail:        andrew@andrewstraw.com