23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| *Appellee-Defendant.* | ) **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

MOTION TO EXPEDITE

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this MOTION TO EXPEDITE:

1. As I noted in Dkt. 36, the appellee has not opposed any of the reliefs I requested, including my brief and motions. It has simply not appeared and offers no reason why. This is still true on **1/2/2024**, today's date.

2. I am injured constantly by delay of my justice. So is my service dog and my HHA, whom I cannot pay more than just bare bones room and board. Dkt. 20.

3. I have no health insurance that covers me in the Philippines, despite applying for CLFMP with no cooperation from the VA regarding documents when I was there at Camp LeJeune *in utero* those first three months (12/19/1968 to 3/19/1969).

4. I have a LONG list of ailments (Dkt. 55) that I have to treat in a piecemeal fashion using cash from my own SSDI payments. This Court recognized the destitution I suffer from the poisoning with an *IFP* GRANT at Dkt. 8 here. My household subsists on **less than 50%** of the federal poverty line. My SSDI in 2024 is now **$1,430 per month**. No Camp LeJeune victim, BORN THERE, should be suffering from such poverty that I experience.

5. It would be consistent with the GRANT of *IFP* to acknowledge that I am injured by every day of delay. My teeth have needed extraction because of the lithium I take for Camp LeJeune bipolar disorder, *inter alia*. I experience **extreme anxiety** from **not having health insurance**, not having justice *at all* for 55 years of Camp LeJeune poisoning and effects.

6. I suffered through my mother dying of female breast cancer while I was in law school, a disease studies show is an elevated cause of death in civilians who worked at Camp LeJeune. (Navy JAG Claim# **CLS23-005185**)

7. My mother and I used that toxic base swimming pool because it was hot in North Carolina. We were saturated in the toxic water, but we have had NO RELIEF and NO APOLOGY for what this did to us. IT KILLED HER.

8. The government can verify that my mother and I used that base because I have provided the USMC privilege card number that my mother and I used. **N7,051,397**. This number was fortunately and conveniently listed in my USN Medical Records for my birth. Dkt. 9-1 below.

9. I live on the brink of disaster every day, with the tiniest problem magnified to a crisis because I don't have enough money to live and the government is the reason. My father's honorable and decorated Vietnam War service has been met with refusal to provide his son, BORN AT CAMP LEJEUNE NAVAL HOSPITAL, with health care that is merited by the poisoning.

10. I need the relief I asked **immediately** so I can address my health issues from a position of financial safety rather than disaster every day. I need cancer screening since my mother died of her Camp LeJeune cancer and my father is full of tumors, as the VA knows because it removed them surgically. I need screening for all Camp LeJeune conditions and I should not be expected to do this alone on a such a low income **when the culpable party can print money**.

3

11. This government is not even *inconvenienced* by giving me what I ask. It can PRINT the money that belongs to me. The U.S. Treasury will print it and it won't cause any inconvenience while it addresses my awful life.

WHEREFORE, I **MOVE** the Court to issue its Opinion and ORDER (Proposed here at Dkt. 39) in my favor EXPEDITIOUSLY, with my proofs of exposure (Dkt. 9-1) to the poisons, my illnesses (Dkt. 55), and my Fourth Circuit appeal for justice **without any opposition** here, as well as my several motions here for fully justified relief **without any opposition**. I am just asking for what is due me after suffering so long (55 years from first *in utero* exposure on **12/19/1968**) and experiencing *death* in my family from this. I need relief, finally. I need the money to get tested for the conditions the government admits are associated with this poisoning. Dkt. 56. I must be tested for the conditions PLG counsel say are associated. Appellee United States by counsel already wants neurobehavioral effects to be in Track 3 trials. (7:23-cv-897, Dkt. 96, page 2). I have found many studies connecting my mental conditions with the toxins. http://organs.andrewstraw.com I need health care for the conditions I already have diagnosed and currently spend my own sparse SSDI funds treating. Because of the delays, I have no money to pursue the "Peace and Reconciliation" Masters degree at University of Maine, where I am admitted to that program. **I cannot afford to study "forgiveness,"** and the Court should understand the irony of this. The U.S. Department of Education will not approve ANY student aid for me because I had student loans forgiven in 2017 due to my **Camp LeJeune bipolar disorder and SSDI**. The more I struggle, the less empathetic the government is. **I can't work** because of

4

this. 5 law licenses were [stolen from me](#) because of my mental illness from Camp LeJeune. SSDI is granted to people who cannot work and my mental illnesses from Camp LeJeune are [already adjudicated](#) as part of my paltry and LOW SSDI grant in 2008. I am **sick**. I may be **dying**. I have not seen my children since 2016. SSA is resisting my use of my father's SSA Earnings Record for my SSDI instead of mine as a Disabled Adult Child (DAC), my earnings being miniscule in comparison because I am mentally ill from Camp LeJeune. I am estranged from my father, who can't even admit that his Marine Corps would kill my mother and permanently disable me, his son who was BORN THERE. I need this Court to ***act quickly*** and give me all the justice I have requested without making me wait until it is too late.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 2nd day of January, 2024

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690        Telephone: (847) 807-5237
Garden City, ID 837114-1733     E-mail: andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. The government should be obliged to review the docket and appear and accept CM/ECF service now that I have made it aware of this appeal. *See*, [Dkt. 19](#). I also mailed on the below date a copy of this document via U.S. Mail, First Class and Postage Prepaid, to the appellee at: P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340 Date: 2nd day of January, 2024

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690        Telephone: (847) 807-5237
Garden City, ID 837114-1733     E-mail: andrew@andrewstraw.com