23-2156

IN THE

# United States Court of Appeals for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**,    ) | |
|      *Appellant-Plaintiff, Pro Se,*    ) | |
|      ) | |
| v.    ) | |
|      ) | **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**,    ) | |
|      *Appellee-Defendant.*    ) | **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

MOTION FOR APOLOGY

---

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this MOTION FOR APOLOGY for destroying my family and my life:

1. The Military of the United States poisoned me, causing at least 6 mental illnesses and a birth heart defect, *inter alia*. It killed my mother while I was in law school. It caused my daughter severe scoliosis needing major spine surgery at the age of 13. It caused my father tumors. It caused alienation & divorce. My father was so loyal to this rabidly dishonest organization that we don't speak now because I am seeking justice and don't accept the lies anymore about the Marine Corps. There is **nothing honorable** about an entity that does this.

2. In just about any way you can measure injury, the United States has torn through my life like a Category F5 tornado.



3. Now, the DOJ doesn't apologize for all this damage but says "maybe" you were poisoned at Camp LeJeune. ==I WAS POISONED==. I was ==BORN THERE== in 1969 with 583 days of access and exposure smack in the middle of it. ==I WAS INJURED==. Let's establish the damage with ***an apology*** instead of trying to weasel along after the tornado and say *maybe something else* <u>*caused*</u> THIS:

4. 

5. I am just so achingly tired of the lying and obfuscation by government attorneys who took an OATH to do justice and not lie and deceive and delay solely because it benefits some paper client of theirs.

6. The Unites States is not even a person. It cannot feel. It cannot hurt. It does not attend funerals. It cannot GO BANKRUPT.

7. But, by God, I can and I have. The devastation is bankruptcy of my entire life.

8. I want the Fourth Circuit U.S. Court of Appeals to ORDER the government to APOLOGIZE to me with the following statement as it grants me full relief here that I have asked without any opposition:

9. "The United States of America allowed the water supply at Camp LeJeune to be poisoned for 34 years, devastating those who used the base. Andrew U. D. Straw and his mother and father were poisoned for 583 days from 1968 to 1970 and this poisoning caused Andrew's mental illnesses and heart defect and every other injury that can be associated with these toxins that he suffered. The government's mental illnesses have ruined Mr. Straw's law career and 5 law licenses and caused him to experience the "social death" that accompanies having bipolar disorder, depression, schizophrenia, autism, anxiety, paranoia, and migraines. Having a Camp LeJeune bipolar disorder made his near-death car accident 66% more likely, making the United States responsible. The United States poisoned Andrew's DNA and harmed his daughter, whose severe scoliosis was caused by these toxic exposures of Andrew *in utero* and as an infant. Ava Straw was there too from 1968 to 1970, in gamete form. The United States caused the death of Andrew's mother via her breast cancer and caused Andrew's father to have large tumors. Camp LeJeune toxins caused all of these things. The United States apologizes in the most humble fashion because USMC veteran Phillip U. D. Straw joined the Marine Corps as a result of **his loyalty and fidelity** to the United States in 1967, during the Vietnam War. Many Americans did not feel loyal at that time but Phillip Straw did. His

4

unfortunate reward for his loyalty was **his family being poisoned**, his **wife killed**, and his **son and granddaughter maimed** by USMC Camp LeJeune toxins. The United States asserts that there were no excuses for this and the Straw family must be given what Andrew has demanded. There shall be no resistance by any officer of the United States to Mr. Straw's full relief, full medical care, full educational benefits, full and immediate compensation. The only way to avoid repetition of this kind of despicable and dishonest behavior by the United States and its officers in poisoning 1 million patriots is to **take full responsibility without any defense**, without any avoidance, as default. That is the position of the United States toward the Straw family, which was injured by United States toxins at Camp LeJeune."

10. It would be appropriate for this apology to be forced out of the United States on one of certain meaningful dates. My mother's death from her Camp LeJeune cancer: **February 26, 1997**. My birth at Camp LeJeune Naval Hospital: **March 19, 1969**.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 27th day of January, 2024.

*Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:    (847) 807-5237        E-mail:        andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, hereby certify that on the date set forth below, I electronically filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. I mailed this document on the below date via U.S. Mail to the appellee at:

**P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340**

Dated this 27th day of January, 2024

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237   E-mail: andrew@andrewstraw.com

23-2156

IN THE

# United States Court of Appeals for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
|     *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )    **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
|     *Appellee-Defendant.* | )    **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

ORDER ON MOTION FOR APOLOGY

The has consider the MOTION and reasons in the premises and ORDERS the United States to make the apology that Mr. Straw demanded:

"The United States of America allowed the water supply at Camp LeJeune to be poisoned for 34 years, devastating those who used the base. Andrew U. D. Straw and his mother and father were poisoned for 583 days from 1968 to 1970 and this poisoning caused Andrew's mental illnesses and heart defect and every other injury that can be associated with these toxins that he suffered. The government's mental illnesses have ruined Mr. Straw's law career and 5 law licenses and caused him to experience the "social death" that accompanies having bipolar disorder, depression,

7

schizophrenia, autism, anxiety, paranoia, and migraines. Having a Camp LeJeune bipolar disorder made his near-death car accident 66% more likely, making the United States responsible. The United States poisoned Andrew's DNA and harmed his daughter, whose severe scoliosis was caused by these toxic exposures of Andrew *in utero* and as an infant. Ava Straw was there too from 1968 to 1970, in gamete form. The United States caused the death of Andrew's mother via her breast cancer and caused Andrew's father to have large tumors. Camp LeJeune toxins caused all of these things. The United States apologizes in the most humble fashion because USMC veteran Phillip U. D. Straw joined the Marine Corps as a result of **his loyalty and fidelity** to the United States in 1967, during the Vietnam War. Many Americans did not feel loyal at that time but Phillip Straw did. His unfortunate reward for his loyalty was **his family being poisoned**, his **wife killed**, and his **son and granddaughter maimed** by USMC Camp LeJeune toxins. The United States asserts that there were no excuses for this and the Straw family must be given what Andrew has demanded. There shall be no resistance by any officer of the United States to Mr. Straw's full relief, full medical care, full educational benefits, full and immediate compensation. The only way to avoid repetition of this kind of despicable and dishonest behavior by the United States and its officers in poisoning 1 million patriots is to **take full responsibility without any defense**, without any avoidance, as default. That is the position of the United States toward the Straw family, which was injured by United States toxins at Camp LeJeune."

It is so ORDERED.

9

_____     DATE:
HON.


_____     DATE:
HON.


_____     DATE:
HON.

9