23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| Appellee-Defendant. | ) **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

NOTICE OF PETITION TO U.S. SENATE

---

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this NOTICE to inform the Court what I am asking of the U.S. Senate:

1. CLJA is about full justice for every person poisoned for 30 or more days at Camp LeJeune from 1953 to 1987 and injured or killed from that exposure.

2. It's not about DOJ dreaming up every possible defense to prevent victims from being compensated before their illnesses kill them.

3. It's not about using time illegitimately to force victims through duress to accept lower payment than is due.

4. It's not about DOJ thumbing its nose at Congress and the President when CLJA was passed to *override* the unethical results, shameful, in MDL-2218.

5. It's not about delay or denial or shortchanging victims or litigation tactics.

6. **CLJA was passed nearly 18 months ago** and there seems to be very little urgency besides lip service from the government's DOJ attorneys.

7. DOJ should prostrate itself with humble apologies and checks offered rather than making victims wait when there is no good reason to make them wait.

8. Given the stagnation of the CLJA litigation after **18 months** and **71 years of injustice**, I have asked the U.S. Senate via an emailed petition to provide consequences that the DOJ attorneys have not had previously.

9. I asked the Senate to create **a blacklist of DOJ attorneys** who were involved in delaying CLJA justice, reducing payments, and attempting to prevent victims from being paid outright. I asked the Senate to prevent those attorneys from obtaining any advancement, salary, or benefit based on a U.S. Senate vote.

10. I asked the Senate to recommend to the Attorney General of the United States and the President of the United States to *fire* any DOJ attorney who was involved in delaying or denying or reducing Camp LeJeune justice.

11. Thus, I used my First Amendment right to complain to the U.S. Senate about CLJA justice being stonewalled by DOJ attorneys.

12. After the Senate voted **86-11** for Camp LeJeune victims to have compensation rights when DOJ argued against the victims for decades, now it is time for the elected branches of government to rein in the unelected DOJ attorneys who appear to have their own agenda, their own bogus policies, quite apart from the laws Congress passed and want enforced RIGHT NOW: **CLJA**.

13. I also asked the Senate and House to pass a resolution denouncing the delay in CLJA justice and demanding the litigation to end and demanding DOJ to agree to settlement immediately.

14. This is not litigation in the traditional sense, as I keep saying. We may be going through the motions of litigation, but Congress is just using the courts as an administrative agency <u>to distribute public benefits to USMC poisoning victims</u>.

15. There is no possibility that real victims will be denied under CLJA because that's not an option, and global settlement is long overdue given this fact.

16. DOJ's CLJA stonewalling would be like Social Security balking at disability benefits passed by the Congress and dreaming up a whole array of administrative roadblocks to defeat the policies Congress set to help disabled citizens. CLJA is also about disabilities (and death), so the comparison is apt.

17. It is important for this Court to know that with DOJ the apparent last holdout in government against Camp LeJeune victims, I am asking the U.S. Senate to impose punishments and **consequences** for DOJ attorneys who have blocked and prevented full implementation of this law, flouting their oaths.

18. I want that **U.S. Senate blacklist** so the DOJ in the future does not act in this hostile fashion against victims of government poisoning again.

19. The Fourth Circuit may wish to punish the DOJ for not appearing and disrespecting my CLJA litigation. The failure to appear is another delay tactic, also unethical when dozens of DOJ attorneys are assigned to CLJA cases and 5 have appeared in my own case below. DOJ has absolutely defaulted and waived all defenses in my appeal.

WHEREFORE, I hope the U.S. Senate takes action so the DOJ can learn who is in charge under our Constitution. They seem to have forgotten.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 28th day of January, 2024.

*Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:  (847) 807-5237     E-mail:     andrew@andrewstraw.com

4

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, hereby certify that on the date set forth below, I electronically filed the foregoing **NOTICE** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record. I mailed this document on the below date via U.S. Mail to the appellee at:

**P.O. Box 340, Ben Franklin Station, Washington, DC 20044-0340**

Dated this 28th day of January, 2024

*/s/ Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237   E-mail: andrew@andrewstraw.com