23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | ) **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
| Appellee-Defendant. | ) **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

CERTIFICATE OF SERVICE RE NOTICE OF PETITION TO U.S. SENATE

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this CERTIFICATE regarding service:

1. I filed my Dkt. 48 NOTICE a few minutes ago and attempted to mail the file-stamped document to DOJ, then realized that I didn't have $1.30 to mail it in any bank account via Docsmit.com. My poverty is thus.

2. Wherefore, I now amend my certificate and state that I have emailed the NOTICE to DOJ at the following email addresses, as I will do with this CERTIFICATE:

3. Civil.Communications@usdoj.gov, SupremeCtBriefs@usdoj.gov, etl.files@usdoj.gov

4. NB: I was not seeking relief with the Dkt. 48 notice but simply informing the Court about my petition to the U.S. Senate, also via email.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 28th day of January, 2024.

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:   (847) 807-5237      E-mail:      andrew@andrewstraw.com

2

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, hereby certify that on the date set forth below, I electronically filed the foregoing **CERTIFICATE** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

I emailed this document on the below date via U.S. Mail to the appellee at:

- Civil.Communications@usdoj.gov
- SupremeCtBriefs@usdoj.gov
- etl.files@usdoj.gov

Dated this 28th day of January, 2024

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237   E-mail: andrew@andrewstraw.com

3