23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
|     *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )   **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
|     *Appellee-Defendant.* | )   **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

RULE 28(j) NOTICE SUPPORTING MOTION FOR COMPELLED APOLOGY

---

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this Rule 28(j) NOTICE to support my motion for APOLOGY:

1. I moved the Court to compel the United States to issue an apology to me as a Camp LeJeune victim whose whole life and family have been devastated by this poisoning at Camp LeJeune, where I was born.

2. Now, Dr. Frank Bove of the ATSDR has released his Cancer Incidence Study.

3. I attach the study as **Exhibit 1**.

4. This "CIS" study shows what I have known all along. My mother's breast cancer, which killed her while I was law school, is now shown by Dr. Bove's study to have had a higher incidence in people who worked at Camp LeJeune. My mother had a humiliating mastectomy just 5 months before I started Law School at IU-Maurer School of Law in 1995. She received her diagnosis of breast cancer in the same month I received my admission letter to Law School. She was dying while I was a 1L and 2L. I cannot separate her suffering and death from my law school experience. They are inextricable. I was the first person in my family to go to law school and become a lawyer with law license admissions, including my admission to this Court in 1999.

5. I'll provide the URL link to where I found Dr. Bove's study:

    https://www.medrxiv.org/content/10.1101/2024.01.27.24301873v1

6. Not only that, but earlier government studies have shown the **mortality risk** for female breast cancer at Camp LeJeune to be elevated:

> "Compared with the Camp Pendleton workers, the Camp Lejeune workers had **higher mortality rates for the following causes of death: Cancers of the female breast * * *"**
>
> https://www.atsdr.cdc.gov/sites/lejeune/civilianmortalitystudy.html
>
> **Exhibit 2**.

7. These government studies, *admissions* for all intents and purposes, are the stone in Goliath's forehead. All the other Philistines must acknowledge that payment is due, not more delay. An apology is due and I have already asked for this to be compelled.

8. Not only should the federal government of the United States have to apologize to me, but it should lose every time it opposes what the PLG attorneys and Mr. Ed Bell say.

9. I am sitting here in poverty and pain without justice while the government repeatedly admits what it did. There is no controversy about the fact of the poisoning. This is admitted today.

WHEREFORE, please take NOTICE of these studies and admissions and GRANT every relief I have requested, including the apology, especially since there has been no opposition. Not one more day of waiting is justified. Justice requires the government to give up and pay up and apologize ASAP.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 30th day of January, 2024.

*Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:  (847) 807-5237      E-mail:      andrew@andrewstraw.com

3

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, hereby certify that on the date set forth below, I electronically filed the foregoing **RULE 28(j) NOTICE** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

I emailed this document after filing on the below date via email to the appellee at:

- Civil.Communications@usdoj.gov
- SupremeCtBriefs@usdoj.gov
- etl.files@usdoj.gov

Dated this 30th day of January, 2024

*Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237   E-mail: andrew@andrewstraw.com

4