23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
|    *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )    **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
|    *Appellee-Defendant.* | )    **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

NOTICE REGARDING EDUCATION PORTION OF INJUNCTION REQUEST

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this NOTICE to partially withdraw my appeal on the issue of educational payments for the following reasons.

1. I was ineligible for federal students loans in 2023 due to the fact that my prior student loans were forgiven in 2017 and that was finalized after a waiting period until 2020.

2. I asked the Department of Education to allow me to take loans again under a special provision that required a statement from my doctor.

3. My doctor provided that signed statement on 12/11/2023.

4. No student aid was approved prior to the beginning of classes in January 2024.

5. I was admitted to the University of Maine's master's program in Peace and Reconciliation Studies but had no way to pay for the fees and costs. Thus, I asked the university graduate school to defer my first semester of enrollment to Fall 2024.

6. Today, February 7, 2024, the University of Maine asked me to approve and accept my student aid award. While the U.S. Department of Education had not informed me that I was approved, a Direct Loan was available to me in my student aid account.

7. Obviously, this was about 6 weeks too late for Spring 2024, but having been offered a loan this semester, I assume I will be offered it again for the Summer or Fall of 2024.

8. My injunction motion at Dkt. 56 below was focused on two expenses, my medical costs and paying for my graduate degree after I was admitted at University of Maine.

9. Now it is clear that I am being offered an unsubsidized Direct Loan to pay for my graduate studies.

10. This suffices and offers me about the same amount on a monthly basis as I was asking in my injunction motion.

11. No government program is offering to pay for my mental illness costs, however, so my request remains for that **$4,000 per month loan** to be repaid from my damage award(s) under CLJA.

WHEREFORE, please take NOTICE of these facts and accept my partial withdrawal of the appeal in as far as it relates to the education payment, which effectively has been granted, though by the U.S. Department of Education rather than the Court below. All that remains is my request for loan assistance for my medical costs, including my medications, my doctor, my HHA, cancer and other screening for Camp LeJeune conditions, and my service dog's vet needs and food.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 7th day of February, 2024.

*Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237
E-mail: andrew@andrewstraw.com

3

## **CERTIFICATE OF SERVICE**

I, Andrew U. D. Straw, hereby certify that on the date set forth below, I electronically filed the foregoing **NOTICE** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

I mailed this document to the appellee's counsel at this address on the same date:

U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Dated this 7th day of February, 2024

*/s/ Andrew U. D. Straw*
ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237   E-mail: andrew@andrewstraw.com