23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
|     *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )   **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
|     *Appellee-Defendant.* | )   **ORAL ARG. NOT REQUESTED** |

---

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

---

SUPPLEMENTAL DOCUMENT & AUTHORITIES SUPPORTING
DKT. 56 MOTION FOR RELIEF UNDER 28 U.S.C. §§ 451 & 2201

---

*[signature]*

s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this filing with supplemental documentation and authorities to support my Dkt. 56 MOTION for a declaration of law:

1. At Dkt. 56, I requested by motion this Court to make declarations of law principally to recognize the VSB exoneration of me (Dkt. 49-2 below) as having absolute *res judicata* effect as a **last in time** final order that every court in this Circuit must give primacy. *See*, Dkt. 57-4 on the trial court docket.

2. This request for relief was under CLJA as well as 28 U.S.C. §§ 451 & 2201 as a means to **mitigate the damage** that the Indiana Supreme Court has done to me while fully aware of and citing to my Camp LeJeune mental illnesses, which I listed in my Short Form Complaint below at Dkt. 55.

WHEREFORE, please find attached as supporting my Dkt. 56 MOTION my Indiana Supreme Court **NOTICE** after 7 years of illegitimate law license suspension that was "received" by the Indiana Supreme Court on **2/15/2024**. Indiana Supreme Court suspended me on **2/14/2017** and VSB exonerated me on **6/20/2017** but **Indiana kept me suspended until now over my numerous objections and lawsuits to reverse or compensate the damage**. Also attached is the relevant **PETITION** I filed in Indiana to reinstate my Indiana law license, **#23378-53**, with absolutely compelling reasoning on **2/17/2024**. I asked for that reinstatement to be done on the 23rd anniversary of my near-death car accident caused by a reckless driver who hit me and broke my bones from face to ankle on the way to the Indiana Supreme Court to work. That accident happened on **2/22/2001** and so my Indiana license is requested to be reinstated on **2/22/2024**. Given the United States in its **Affirmative Defense Number 13** in its Dkt.

2

17 Answer, **page 29**, in the trial court demanded me to <mark>mitigate any damage</mark>, I am filing these things <mark>to mitigate the damage under CLJA</mark>. If this Court intends to grant my motion at Dkt. 56, I would be most grateful if this is done on that 23rd anniversary of my car accident: **2/22/2024**. Or, perhaps on the 27th anniversary of my mother's death from her Camp LeJeune breast cancer, which has been an open wound to me and my family with NO RELIEF or APOLOGY for that entire 27 years: 2/26/1997 – <mark>2/26/2024</mark>.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 18th day of February, 2024.

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:   (847) 807-5237
E-mail:        andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, hereby certify that on the date set forth below, I electronically filed the foregoing **SUPPLEMENTAL AUTHORITIES** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

Since Dkt. 19, the appellee has had actual notice of this appeal but is choosing not to appear by counsel.

Dated this 18th day of February, 2024

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone: (847) 807-5237   E-mail: andrew@andrewstraw.com

3