23-2156

IN THE

# United States Court of Appeals
# for the Fourth Circuit

Richmond, Virginia

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
|     *Appellant-Plaintiff, Pro Se,* | ) |
| | ) |
| v. | ) |
| | )   **CAMP LEJEUNE JUSTICE ACT** |
| **UNITED STATES**, | ) |
|     *Appellee-Defendant.* | )   **ORAL ARG. NOT REQUESTED** |

Appeal from the United States District Court for
the Eastern District of North Carolina, Southern Division
Case No. 7:23-cv-00162-BO-BM
The Honorable Judge Terrence W. Boyle

SUPPLEMENTAL STATEMENT REGARDING COBRAS

*s/ ANDREW U. D. STRAW*
s/ ANDREW U. D. STRAW
Putok Road, Apt. A
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS
(PREFERRED ADDRESS FOR US MAIL)
9169 W STATE ST STE 690
Garden City, ID 83714-1733

SERVICE BY EMAIL (ENOTICE) PREFERRED

I, *Appellant* Andrew U. D. Straw, make this filing, a supplemental statement regarding the urgency of my medical cost requests.

1. As I have explained (Dkt. 20), I have service animals to assist me. I did not explain the full extent of their service. I believe the panel needs to know what my dogs do for me, including Curly.

2. I live in the Philippines in the City of Bauan, Batangas Region, Luzon Island.

3. Luzon Island is also home to the Philippine Cobra. This is a photo of that animal:

4. 

5. According to [Wikipedia](#) (source of the photo), this is one of the most deadly cobras on earth with one of the potent venoms.

6. My service dogs don't just help me cross the street or assist with emotional management to avoid suicidal thoughts. They bark at and challenge any animal that may come into the compound where I live.

7. Curly watches over me as I sleep and ensures that my bedroom and house are free of such deadly pests. *I owe her* and the other two dogs.

8. I cannot even think of another service more important than keeping cobras out of a disabled man's house and compound. [I certainly could not outrun](#) a cobra and would likely die if confronted with one that was determined to bite me.

9. These animals are common on Luzon Island and several such snakes were found by my neighbor a few months ago by the stream next door. Thus, these snakes are a constant threat. The service dogs are guardians for my house.

10. It is my wish to have the money to purchase *Mucuna pruriens* extracts that serve to create immunity to the venom of these cobras. These extracts are expensive, especially for me on SSDI, but my medical loan here will allow me to buy it. I want to give this to my Home Health Aide, her children who live next door, and all of my 3 service dogs who guard against these cobras.

11. In essence, I am asking this Court to cut short the time it takes to come to the right decision so that my life and the life of my service dogs and the other people who live with me are protected. This is the most important role this Court can ever have, protecting those **at risk of death**.

12. I have explained how paying my requested medical costs will help me get **screening for cancer** when my mother died of a Camp LeJeune cancer.

13. I have explained how paying my medical costs each month can avoid **suicide risks** for me, which are *astronomical* given the mental illnesses that Camp LeJeune toxins foisted on me without my consent or knowledge.

WHEREFORE, please consider the full range of services my service dogs do for me and provide the loan I have justified for my medical costs and the full mitigation of damage from the Camp LeJeune poisoning where I was born.

I, Andrew U. D. Straw, verify that the statements above are true and correct on penalty of perjury.

Signed this 22nd day of February, 2024.

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690
Garden City, ID 83714-1733
Telephone:   (847) 807-5237          E-mail:      andrew@andrewstraw.com

### CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, hereby certify that on the date set forth below, I electronically filed the foregoing **SUPPLEMENTAL STATEMENT** with the Clerk of Court using the CM/ECF system, which will serve the attached on all counsel of record.

Since Dkt. 19, the appellee has had actual notice of this appeal but is choosing not to appear by counsel.

Dated this 22nd day of February, 2024

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
9169 W STATE ST STE 690          Telephone: (847) 807-5237
Garden City, ID 83714-1733       E-mail: andrew@andrewstraw.com

4