FILED: April 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2156
(7:23-cv-00162-BO-BM)
_____

ANDREW U. D. STRAW

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc and the motion for relief under 28 U.S.C. § 2201. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Agee, and Judge Thacker.

For the Court

/s/ Nwamaka Anowi, Clerk